

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2014

No. 04-13-00876-CV

**IN THE MATTER OF R.D.,**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-JUV-01230
The Honorable Carmen Kelsey, Judge Presiding

# O R D E R

Appellee's Motion for Leave to File First Amended Brief is hereby GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court